No. 619. NATIONAL SALT COMPANY, PETITIONER, *v.* GEORGE S. INGRAHAM.  March 19, 1906.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the

Second Circuit denied. *Mr. Maxwell Evarts* and *Mr. Henry B. Twombly* for petitioner. *Mr. George S. Ingraham* pro se.

---

